IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| KRISTINE A. SALDANA, | ) | NO.: 20-06054 |
| AKA KRISTINE A ALIMBOYOGUEN | ) | |
| RUBEN A. SALDANA, JR., | ) | CHAPTER 13 |
| | ) | |
| Debtors. | ) | JUDGE: CAROL A. DOYLE |
| | ) | |
| | ) | |

## NOTICE OF MOTION

TO: SEE ATTACHED ADDRESSES

PLEASE TAKE NOTICE THAT ON October 5, 2021 at 9:30 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Carol A. Doyle, U.S. Bankruptcy Judge, 219 S. Dearborn St., Room 742, Chicago, Illinois 60604, and shall then and there present the attached Motion and at which time you may appear if you so desire.

## CERTIFICATION

I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on September 21, 2021, with proper postage prepaid.

McCalla Raymer Leibert
Pierce, LLC
/s/Dana O'Brien
Dana O'Brien
ARDC# 6256415
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

# NOTICE OF MOTION ADDRESSES

To Trustee:　　　　　　　　　　　　　　　　　　*by Electronic Notice through ECF*
Tom Vaughn
55 E. Monroe Street
Suite 3850
Chicago, IL 60603

To Debtor:　　　　　　　　　　　　　　　　　　*Served via U.S. Mail*
Kristine A. Saldana aka Kristine A Alimboyoguen
Ruben A. Saldana, Jr.
7436 Le Claire Ave
Skokie, Il 60077

To Attorney:　　　　　　　　　　　　　　　　　*by Electronic Notice through ECF*
David M Siegel
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090

McCalla Raymer Leibert Pierce, LLC
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| KRISTINE A. SALDANA, | ) | NO.: 20-06054 |
| *AKA KRISTINE A ALIMBOYOGUEN* | ) | |
| RUBEN A. SALDANA, JR., | ) | CHAPTER 13 |
| | ) | |
| Debtors. | ) | JUDGE: CAROL A. DOYLE |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

# **MOTION TO MODIFY THE AUTOMATIC STAY**

NOW COMES NewRez LLC d/b/a Shellpoint Mortgage Servicing by and through its attorneys, McCalla Raymer Leibert Pierce, LLC, and requests that the Automatic Stay heretofore entered on the property located at 7436 Le Claire Ave, Skokie, Illinois 60077 be Modified or alternatively that the above captioned Chapter 13 be dismissed, stating as follows:

1. On March 04, 2020, the above captioned Chapter 13 was filed.

2. On June 02, 2020, the above captioned Chapter 13 was confirmed.

3. NewRez LLC d/b/a Shellpoint Mortgage Servicing services the first mortgage lien on the property located at 7436 Le Claire Ave, Skokie, Illinois 60077.

4. The Chapter 13 Plan calls for the pre-petition arrears to NewRez LLC d/b/a Shellpoint Mortgage Servicing to be cleared through the plan. A claim was filed in the amount of $289,265.92.

5. The Plan calls for the Debtors to be the disbursing agent for the post-petition mortgage payments directly to NewRez LLC d/b/a Shellpoint Mortgage Servicing. Post-petition payments are $2,325.99.

6. The post-petition mortgage payments are due and owing for April 01, 2020. As of September 10, 2021, the default to NewRez LLC d/b/a Shellpoint Mortgage Servicing is approximately $41,721.24 through September 2021.

7. In addition, reasonable attorney's fees and court filing costs not to exceed $1,238.00 will be incurred for representation in this matter.

8. The plan is in material default.

9. NewRez LLC d/b/a Shellpoint Mortgage Servicing continues to be injured each day it remains bound by the Automatic Stay.

10. NewRez LLC d/b/a Shellpoint Mortgage Servicing is not adequately protected.

11. The property located at 7436 Le Claire Ave, Skokie, Illinois 60077 is not necessary for the Debtors' reorganization.

12. Shellpoint services the underlying mortgage loan and note for the property referenced in this Motion for Bank of America, N.A. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtors obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant. Movant, directly or through an agent, has possession of the Note. The Note is either made payable to Movant or has been duly endorsed.

13. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(A)(3) should be waived.

WHEREFORE, YOUR MOVANT respectfully prays that the Automatic Stay on the property located at 7436 Le Claire Ave, Skokie, Illinois 60077, be modified and that Bankruptcy Rule 4001(a)(3) be waived as not applicable and leave be granted to NewRez LLC d/b/a Shellpoint Mortgage Servicing to proceed with nonbankruptcy remedies including foreclosure, and for such other and further relief as this Honorable Court deems just.

McCalla Raymer Leibert Pierce, LLC

By:    /s/Dana O'Brien
Dana O'Brien
Illinois Bar No. 6256415
Attorney for Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
Phone: (312) 346-9088
Fax: (312) 551-4400
Email: ILpleadings@mrpllc.com