**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

Debtors <u>Kristine A. Saldana,</u> Case No <u>20-06054</u> Chapter <u>13</u>
<u>*aka Kristine A Alimboyoguen*</u>
<u>Ruben A. Saldana, Jr.,</u>
Moving Creditor <u>NewRez LLC d/b/a Shellpoint</u> Date Case Filed <u>March 04, 2020</u>
<u>Mortgage Servicing</u>

Nature of Relief Sought: ☒ Lift Stay ☐ Annul Stay ☐ Other (describe): __

Chapter 13 Date of Confirmation Hearing Date Plan Confirmed June 02, 2020

1. Collateral
    a. ☒ Home
    b. ☐ Car _____
    c. ☐ Other (describe) _____

2. Balance Owed as of September 10, 2021 $<u>318,616.98</u>
   Total of all other Liens against Collateral $_____ (per debtor's schedule)

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the Debtors post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $323,000.00 (per Debtors' Schedules)

5. Default
    a. ☒ Pre-Petition Default
       Number of months <u>2</u> Amount $_____

    b. ☒ Post-Petition Default
       i. ☒ On direct payments to the moving creditor
          Number of months <u>18</u> Amount $<u>42,859.24</u> (including attorney's fees and costs)
       ii. ☒ On payments to the Standing Chapter 13 Trustee
           Number of months _____ Amount $_____

6. Other Allegations
    a. ☒ Lack of Adequate Protection § 362(d)(1)
       i. ☐ No insurance
       ii. ☐ Taxes unpaid Amount $ _____
       iii. ☐ Rapidly depreciating asset
       iv. ☒ Other (describe) <u>Material payment default</u>

    b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

    c. ☐ Other "Cause" § 362(d)(1)
       i. ☐ Bad Faith (describe) __
       ii. ☐ Multiple Filings
       iii. ☐ Other (describe) _____

    d. Debtor's Statement of Intention regarding the Collateral
       i. ☐ Reaffirm ii. ☐ Redeem iii. ☐ Surrender iv. ☐ No Statement of Intention Filed

Date: September 21, 2021 Submitted By: /s/Dana O'Brien
ARDC# 6256415
McCalla Raymer Leibert Pierce, LLC